UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-19284-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

CAYETANO ALFONSO MARTINEZ-HOFFMAN
XXX-XX-6675
ELIZABETH ALEGRIA
XXX-XX-6109

<u>DEBTORS                         </u>/

## TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
## AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing.

The Trustee respectfully moves this Court for an Order Compelling Debtors to provide proper Address for Creditor and states as follows:

1. The Debtors filed a voluntary petition on **July 31, 2018**.

2. The Debtors' scheduled Creditor's Address or Proof of Claim is **SANTANDER CONSUMER USA INC., POB 650760, DALLAS, TX 75265**.

3. The Debtors included Payments to Creditor in the Confirmed Chapter 13 Plan.

4. The Trustee disbursed payments to Creditor pursuant to the Confirmed Chapter 13 Plan, which was returned to the Trustee.

5. Immediately thereafter, the Trustee requested, by letter, Debtors' Attorney provide a proper address for Creditor.

6. To date, Debtors' Attorney failed to respond to and comply with the Trustee's request for proper address.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order Compelling Debtors to provide proper Address for Creditor by a date certain, and for such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of November, 2021.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
CAYETANO ALFONSO MARTINEZ-HOFFMAN
ELIZABETH ALEGRIA
3751 NW 109TH AVE
CORAL SPRINGS, FL 33065-2720

**ATTORNEY FOR DEBTORS**
JORGE L. SUAREZ, ESQUIRE
225 ALCAZAR AVENUE
CORAL GABLES, FL 33134

**CREDITOR**
SANTANDER CONSUMER USA INC.
POB 650760
DALLAS, TX 75265

SANTANDER CONSUMER USA INC.
POB 650748
DALLAS, TX 75265

CT CORPORATION SYSTEM
R/A FOR SANTANDER CONSUMER USA, INC.
1200 S PINE ISLAND ROAD
PLANTATION, FL 33324