UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>    Cayetano Alfonso Martinez-Hoffman<br>    Elizabeth Alegria<br>             Debtor(s) | Case No. 18-19284-PDR |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Robin R. Weiner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2018.

2) The plan was confirmed on 12/03/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/15/2020.

5) The case was completed on 01/13/2023.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,465.38 |
| Less amount refunded to debtor | $800.72 |

**NET RECEIPTS:** $8,664.66

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,650.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $475.61 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,125.61

Attorney fees paid and disclosed by debtor:   $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Affiliated Acceptance Corp | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| AFS | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| American Medical Collection | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Anesco N. Broward, LLC | Unsecured | NA | 118.82 | 118.82 | 118.82 | 0.00 |
| Anesco North Broward | Unsecured | 118.82 | NA | NA | 0.00 | 0.00 |
| Arc Management Group | Unsecured | 84.13 | NA | NA | 0.00 | 0.00 |
| Argent Healthcare Financial | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Ashley Funding Services, LLC | Unsecured | NA | 27.02 | 27.02 | 27.02 | 0.00 |
| Ashley Funding Services, LLC | Unsecured | 142.09 | 142.09 | 142.09 | 142.09 | 0.00 |
| Bay Area Credit Service/Marsh Emergency | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| Bca Financial Services | Unsecured | 212.23 | NA | NA | 0.00 | 0.00 |
| Bca Financial Services | Unsecured | 186.56 | NA | NA | 0.00 | 0.00 |
| Bca Financial Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Bca Financial Services | Unsecured | 457.15 | NA | NA | 0.00 | 0.00 |
| Bca Financial Services | Unsecured | 823.30 | NA | NA | 0.00 | 0.00 |
| BCC Financial Management | Unsecured | 357.15 | NA | NA | 0.00 | 0.00 |
| Broward Adjustment Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Broward General Medical Center | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 44.76 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 357.15 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 881.91 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 2,409.00 | NA | NA | 0.00 | 0.00 |
| Broward Health Coral Springs | Unsecured | 823.30 | NA | NA | 0.00 | 0.00 |
| Business Revnue System | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CCS Collections | Unsecured | 121.37 | NA | NA | 0.00 | 0.00 |
| Central Credit Services, LLC | Unsecured | 905.60 | NA | NA | 0.00 | 0.00 |
| Central Credit Services, LLC | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chase Receivable | Unsecured | 26.31 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Client Services, Inc. | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| Complete Collection Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Complete Collection Service | Unsecured | 881.91 | NA | NA | 0.00 | 0.00 |
| Complete Collection Service | Unsecured | 2,409.00 | NA | NA | 0.00 | 0.00 |
| Cora Health Service Corp | Unsecured | 46.79 | NA | NA | 0.00 | 0.00 |
| Coral Springs Fire Department | Unsecured | 57.41 | 57.41 | 57.41 | 57.41 | 0.00 |
| Coral Springs Medical Center | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 129.57 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 34.16 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Credit First, NA | Unsecured | NA | 1,244.54 | 1,244.54 | 1,244.54 | 0.00 |
| Credit First/CFNA | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| Credit First/CFNA | Unsecured | 1,224.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Assoc | Unsecured | 34.58 | NA | NA | 0.00 | 0.00 |
| First Credit | Unsecured | 1,155.21 | NA | NA | 0.00 | 0.00 |
| First Path LLC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| First Path LLC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| First Path LLC | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Focus Financial Services | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Fulton Agency, Inc. | Unsecured | 129.57 | NA | NA | 0.00 | 0.00 |
| Gulf Coast Collection | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Harris Simon and Marietta | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| IOD Incorporated | Unsecured | 90.18 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 531.53 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 236.60 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 158.32 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 31.82 | NA | NA | 0.00 | 0.00 |
| JP Recovery Services, Inc | Unsecured | 235.38 | NA | NA | 0.00 | 0.00 |
| Kevin J. Kaplow | Unsecured | 312.50 | NA | NA | 0.00 | 0.00 |
| Lincoln Automotive Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lincoln Automotive Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 6,627.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 2,132.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 526.39 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Memorial Health Care System | Unsecured | 876.39 | NA | NA | 0.00 | 0.00 |
| Memorial Hospital West | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Memorial Physician Group | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 1,449.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions, LLC | Unsecured | NA | 1,522.67 | 1,295.20 | 1,295.20 | 0.00 |
| NBHD - Coral Springs Medical Center | Unsecured | 3,650.00 | 3,650.30 | 3,650.30 | 3,650.30 | 0.00 |
| Neuro IOM Services, Inc. | Unsecured | 115.75 | NA | NA | 0.00 | 0.00 |
| North broward Radiologists | Unsecured | 1,651.00 | NA | NA | 0.00 | 0.00 |
| North Broward Radiologists PA | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Northwest Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing, LLC | Secured | 306,000.00 | 306,476.71 | NA | 0.00 | 0.00 |
| One Advantage LLC | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| One Advantage LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| One Advantage LLC | Unsecured | 881.91 | NA | NA | 0.00 | 0.00 |
| Online Collection Services | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| Phoenix Ed Med of Broward | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| Receivables Outsourcing, LLC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Revenue Group | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Revenue Group | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Sage Law Offices | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sage Law Offices | Unsecured | 2,409.00 | NA | NA | 0.00 | 0.00 |
| Sage Law Offices | Unsecured | 823.30 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA Inc. | Unsecured | 1,308.00 | 0.00 | 3.67 | 3.67 | 0.00 |
| South FL Surgical Specialists | Unsecured | 704.68 | NA | NA | 0.00 | 0.00 |
| Transworld Systems, Inc | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| United Health Systems, Inc. | Unsecured | 35.25 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,539.05** | **$6,539.05** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,125.61 |
| Disbursements to Creditors | $6,539.05 |
| **TOTAL DISBURSEMENTS :** | **$8,664.66** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/28/2023　　　　　　　　　　　　By: /s/ Robin R. Weiner
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**